# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   07-cv-01295-LTB-CBS

DEUTSCHE BANK NATIONAL TRUST COMPANY,

       Plaintiff,

v.

CLYTIE L. DANIEL,

       Defendant.
_____

## ORDER OF REMAND
_____

       This case is before me on the recommendation of the magistrate judge that plaintiff Deutsche Bank National Trust Company's Motion for Order Remanding Action to State Court (Docket No. 5) be granted based on defects in the removal procedure and lack of subject matter jurisdiction and that this civil action be remanded to the Jefferson County District Court.  The recommendation was issued and served on July 27, 2007.

       The defendant Clytie L. Daniel has filed timely written objections to the magistrate judge's recommendation and "Petitioner's Motion for Expansion of Time and Leave to Amend Petition" (Docket No. 11).

       I have reviewed the magistrate judge's recommendation *de novo* in light of the file and record in this case.  On *de novo* review I conclude that the recommendation is correct.

       I also conclude that Petitioner's Motion for Expansion of Time and Leave to Amend Petition (Docket No. 11) is futile.  Accordingly,

       IT IS ORDERED that "Petitioner's Motion for Expansion of Time and Leave to

Amend Petition" (Docket No. 11) is DENIED AS FUTILE.

IT IS FURTHER ORDERED that Deutsche Bank National Trust Company's Motion for Order Remanding Action to State Court (Docket No. 5) is GRANTED based on defects in the removal procedure and lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that this civil action is remanded to the Jefferson County District Court and a certified copy of the Order of Remand shall be mailed by the Clerk of this Court to the Clerk of the Jefferson County District Court.

                                         BY THE COURT:

                                           s/Lewis T. Babcock  
                                         Lewis T. Babcock, Judge

DATED: August 7, 2007