**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   07-cv-01295-LTB-CBS

DEUTSCHE BANK NATIONAL TRUST COMPANY,

       Plaintiff,

v.

CLYTIE L. DANIEL,

       Defendant.
_____

**ORDER**
_____

Upon Defendant Clytie L. Daniel's Motion to Voluntarily Dismiss Case (Doc 19 - filed September 6, 2007), it is

ORDERED that the motion is DENIED AS MOOT as a result of the Order remanding this action to Jefferson County District Court entered August 7, 2007.

                                 BY THE COURT:

                                   s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED: September 10, 2007